## Koppenhaffer *against* Isaacs.

The costs of an issue *devisavit vel non* must be borne by the parties to it, and not by the funds of the estate of which they are devisees or legatees.

SAMUEL ISAACS and William Young against the administrators of Simon Koppenhaffer deceased.

This was a special verdict, in which the only question which arose was, whether the estate of a deceased testator should pay the costs of an issue of *devisavit vel non,* and thereby charge all the legatees and devisees with contribution, or whether they should be paid exclusively by the parties interested in the issue? The court below was of opinion that there should be a contribution by all ; and rendered a judgment accordingly.

*Evans* and *Mayer,* for plaintiff in error, cited, 2 *Watts* 332.
*Barnitz,* contra.

PER CURIAM.—The costs of an issue *devisavit vel non* must be borne by the parties, as they litigated for their individual interests and not for the benefit of the estate. The plaintiffs contended for their legacies under a supposititious will, and are no more entitled, as distributees, to contribution to the costs of litigation, than would a devisee, in the like circumstances, be entitled to the costs of an ejectment against the intestate's heirs. It is a species of litigation of which the fund is not to bear the burthen.

Judgment below reversed, and judgment for defendants.